# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| HOLLIE SCHULTZ, both individually and derivatively, on behalf of BABY GIZMO COMPANY<br>v.<br>HEATHER MACLEAN and THOMAS NELSON, INC. | FILED: APRIL 11, 2008<br>08CV2061         EDA<br>JUDGE LEINENWEBER<br>MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HOLLIE SCHULTZ

---

| | |
|---|---|
| **NAME** (Type or print)<br>DAVID J. FISH | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ DAVID J. FISH | |
| **FIRM**<br>THE FISH LAW FIRM, P.C. | |
| **STREET ADDRESS**<br>1770 N. PARK STREET, SUITE 202 | |
| **CITY/STATE/ZIP**<br>NAPERVILLE, IL 60563 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>6269745 | **TELEPHONE NUMBER**<br>(630) 355-7590 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |