**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 2061 |
|---|---|

HOLLIE SCHULTZ, both individually and derivatively on behalf of BABY GIZMO COMPANY
v.
HEATHER MACLEAN and THOMAS NELSON, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HEATHER MACLEAN

| NAME (Type or print) |
|---|
| RICHARD J. NOGAL |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ RICHARD J. NOGAL |

| FIRM |
|---|
| GOLDSTINE SKRODZKI RUSSIAN NEMEC AND HOFF, LTD. |

| STREET ADDRESS |
|---|
| 835 MCCLINTOCK DRIVE |

| CITY/STATE/ZIP |
|---|
| BURR RIDGE, IL 60527 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6181185 | 630/655-6000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐