IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOLLIE SCHULTZ, both individually and derivatively on behalf of BABY GIZMO COMPANY, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | No. 08 CV 2061 |
| ) | |
| HEATHER MACLEAN and THOMAS NELSON, INC., ) ) ) | The Honorable Harry D. Leinenweber |
| ) | Magistrate Judge Cox |
| Defendants. ) | |

**NOTICE OF MOTION**

To:   David J. Fish                                  Bryan Eliot Curry
      The Fish Law Firm                           Bullaro & Carton
      1770 N. Park Street, Suite 202       200 North LaSalle Street, Suite 2500
      Naperville, Illinois 60563                 Chicago, Illinois 60601

Please take notice that on the day of **June 4, 2008**, at **9:30 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Harry D. Leinenweber, or any judge sitting in his stead, in Courtroom 1941 at the United States District Court for the Northern District of Illinois, Eastern Division at 219 South Dearborn, Chicago, Illinois, and then and there present **HEATHER MACLEAN'S MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV P. 12(B)(1) AND (B)(6)**, a copy of which is hereby served upon you.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that a true and correct copy of this Notice of Motion and the document referenced herein said document was served upon all parties of record, pursuant to ECF Rules as to Filing Users in compliance with Fed. R. Civ. P. 5(b)(2)(D) on this 30th day of May, 2008.

/s/ Sara L. Spitler

Goldstine, Skrodzki, Russian,
  Nemec and Hoff, Ltd.
Richard J. Nogal
Sara L. Spitler
835 McClintock Drive
Burr Ridge, Illinois 60527
(630) 655-6000

372352.1