IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HOLLIE SCHULTZ, both individually and derivatively on behalf of BABY GIZMO COMPANY, | ) ) ) ) | |
| Plaintiffs | ) ) | Case: 08 CV 2061 |
| v. | ) ) | Honorable Harry D. Leinenweber |
| HEATHER MACLEAN and THOMAS NELSON, INC. | ) ) ) | Jury Trial Demanded |
| Defendants. | ) ) | |

**NOTICE OF FILING**

TO: Richard J. Nogal
     Goldstine, Skrodzki, Russian, Nemec and Hoff
     The Prairie Building
     835 McClintock Drive
     Burr Ridge, IL 60527-0860

     Bryan E. Curry
     Bullaro & Carton, PC
     200 N. LaSalle Street
     Suite 2500
     Chicago, IL 60601

PLEASE TAKE NOTICE that on July 15, 2008 the attached **Amended Complaint** was filed with the United States District Court of the Northern District of Illinois, Eastern Division.

A copy is hereby served upon you.

Dated: July 14, 2008                             Respectfully submitted,

                                                                  By:_____/s/ David Fish_____
                                                                     One of the Plaintiffs' Attorneys

David J. Fish
The Fish Law Firm, P.C.
1770 N. Park Street, Suite 200
Naperville, IL 60563
(630) 355-7590

## **CERTIFICATE OF SERVICE**

The undersigned being first duly sworn on oath deposes and says that he/she caused to be served the attached **Amended Complaint** on the following parties via ECF as indicated on the 14th day of July, 2008:

Richard J. Nogal
Goldstine, Skrodzki, Russian, Nemec and Hoff
The Prairie Building
835 McClintock Drive
Burr Ridge, IL 60527-0860

Bryan E. Curry
Bullaro & Carton, PC
200 N. LaSalle Street
Suite 2500
Chicago, IL 60601

By: ____/s/ David Fish_____
One of the Plaintiffs' Attorneys

David J. Fish
The Fish Law Firm, P.C.
1770 N. Park Street, Suite 200
Naperville, IL 60563
(630) 355-7590