IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOLLIE SCHULTZ, both individually and derivatively on behalf of BABY GIZMO COMPANY, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 08 CV 2061 |
| HEATHER MACLEAN and THOMAS NELSON, INC., ) ) ) ) | The Honorable Harry D. Leinenweber |
| ) | Magistrate Judge Cox |
| Defendants. ) | |

## MOTION TO WITHDRAW AS ATTORNEYS OF RECORD *INSTANTER*

NOW COME, Richard J. Nogal, Sara L. Spitler, and Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd., ("Movants") and pursuant to 83.17 of the Local Rules of the United States District Court for the Northern District of Illinois, hereby seek leave of this Court to withdraw *instanter* as attorneys of record in this action for Defendant, HEATHER MACLEAN ("Maclean"). In support hereof, Movants state as follows:

1. Richard J. Nogal and Sara L. Spitler of the law firm of Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd. are the attorneys of record for Maclean pursuant to appearances filed with this Court on May 30, 2008.

2. In the course of their representation in this matter, irreconcilable differences have developed between Movants and Maclean which have rendered it impossible to continue the professional relationship now existing between the parties.

3. Maclean has instructed Movants to take no further action in this matter and informed Movants that she has retained substitute attorneys.

4.	The last known address of Maclean is 5763 Rosinweed Lane, Naperville, Illinois 60564.

5.	A letter was sent by Movants to Maclean on July 25, 2008, via e-mail and first class mail, memorializing a telephone discussion between the parties during which it was agreed that Movants would withdraw as attorneys of record for Maclean in this action. Movants requested that Maclean provide information regarding any new attorney that she might retain so that a substitution of attorneys could be accomplished.

6.	An additional letter was sent by Movants to Maclean on July 29, 2008, via e-mail and first class mail, again requesting information regarding Maclean's new counsel, if any, so that a substitution of attorneys could be accomplished.

7.	Maclean has informed Movants that she has retained new counsel but Movants have to date been unable to confirm this fact.

8.	On July 31, 2008, Movants sent notice to Maclean via e-mail and certified mail, return receipt requested, of their intent to withdraw as attorneys of record in this action, including the time and place of the presentation of this Motion and advising Maclean to retain other counsel in this matter or otherwise file an appearance with the Clerk of this Court. A copy of this letter dated July 31 is attached hereto as Exhibit A.

9	This Motion is made in good faith and without purposes of delay.

WHEREFORE, Richard J. Nogal, Sara L. Spitler, and Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd., pray that this Court enter an Order granting them leave to withdraw as attorneys of record for the Defendant, Heather Maclean.

Dated: July 31, 2008                                   Respectfully submitted,


                                                       By:   /s/ Sara L. Spitler
                                                              One of the Movants

Goldstine, Skrodzki, Russian,
 Nemec and Hoff, Ltd.
Richard J. Nogal
Sara L. Spitler
835 McClintock Drive
Burr Ridge, Illinois 60527
(630)655-6000

379079.1                                3

# EXHIBIT A

# Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd.

Attorneys at Law

The Prairie Building
835 McClintock Drive • Second Floor
Burr Ridge, IL 60527-0860
Telephone (630) 655-6000
Facsimile  (630) 655-9808
www.gsrnh.com

William M. Brennan
Kristina E. Buchenauer
Paul R. Buikema
Gregory J. Constantino
Gregory L. Dose**
Brian M. Dougherty
Robert D. Goldstine
James D. Healy
Howard M. Hoff
William H. Hrabak, Jr.

Jennifer LoGiudice
Craig T. Martin
Daniel J. McCarthy III
Kenneth J. Nemec, Jr.
Richard J. Nogal
James E. Olguin
Diana K. Pecen
Donald S. Rothschild
Thomas P. Russian
Richard J. Skrodzki

Sara L. Spitler
Gwendolyn J. Sterk*
Alison J. Wetzel
Eric R. Wilen***

*Also Admitted in Indiana
**Also Admitted in California
***Also Admitted in Michigan

July 31, 2008

Via Email:  heather@littlelaureate.com
and Certified Mail, Return Receipt Requested

Heather Maclean
5763 Rosinweed Lane
Naperville, IL 60564

    Re:    Hollie Schultz, both individually and derivatively on behalf of Baby Gizmo
            Company v. Heather Maclean and Thomas Nelson, Inc.
            United States District Court, Northern District of Illinois Court No. 08 CV 02061

Dear Heather:

Pursuant to your direction, we will be withdrawing as your attorneys of record in the above-referenced action. To such end, we have filed the enclosed Motion for Leave to Withdraw as Attorneys of Record *Instanter*. Pursuant to the enclosed Notice of Motion, we will be presenting the Motion to the Honorable Harry D. Leinenweber on Thursday, August 7, 2008, at 9:30 a.m., at the same time that the Motion to Dismiss the Amended Complaint filed on your behalf will be presented.

You or your new attorney may appear and participate as you see fit. Otherwise, we will send you a copy of any Order entered by Judge Leinenweber.

                              Very truly yours,

                              Richard J. Nogal

RJN:tmr

Enclosures

cc:    Kenneth J. Nemec, Jr.
       Diana K. Pecen
       Sara L. Spitler