IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOLLIE SCHULTZ, both individually and derivatively on behalf of BABY GIZMO COMPANY, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | No. 08 CV 2061 |
| ) | |
| HEATHER MACLEAN and THOMAS NELSON, INC., ) ) ) | The Honorable Harry D. Leinenweber |
| ) | Magistrate Judge Cox |
| Defendants. ) | |

**NOTICE OF MOTION**

To:  David J. Fish                Bryan Eliot Curry            Heather Maclean
     The Fish Law Firm            Bullaro & Carton             5763 Rosinweed Lane
     1770 N. Park Street, Suite 202   200 North LaSalle St.    Naperville, Illinois 60564
     Naperville, Illinois 60563   Suite 2500
                                  Chicago, Illinois 60601

Please take notice that on August 7, 2008, at **9:30 a.m.,** or as soon thereafter as we may be heard, we shall appear before the Honorable Harry D. Leinenweber, or any judge sitting in his stead, in Courtroom 1941 at the United States District Court for the Northern District of Illinois, Eastern Division at 219 South Dearborn, Chicago, IL, and then and there present **MOTION FOR LEAVE TO WITHDRAW AS ATTORNEYS OF RECORD *INSTANTER***, a copy of which is hereby served upon you.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that a true and correct copy of this Notice of Motion and the document referenced herein said document was served upon all parties of record, pursuant to ECF Rules as to Filing Users in compliance with Fed. R. Civ. P. 5(b)(2)(D) on this 31st day of July, 2008 and on Heather Maclean via e-mail and certified mail, return receipt requested by depositing the same in a U.S. Mail depository at Burr Ridge, Illinois, in accordance with Fed. R. Civ. P. 5(a) and (b) on this 31st day of July, 2008.

                                              /s/ Sara L. Spitler

Goldstine, Skrodzki, Russian,
 Nemec and Hoff, Ltd.
Richard J. Nogal
Sara L. Spitler
835 McClintock Drive
Burr Ridge, Illinois 60527
(630) 655-6000

379083.1