106-8008                      BEC:pah                      #6255803

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| HOLLIE SCHULTZ, both individually and derivatively on behalf of BABY GIZMO COMPANY, )<br><br>Plaintiffs, )<br><br>v. )<br><br>HEATHER MacLEAN and THOMAS NELSON, INC. )<br><br>Defendants. ) | Case No.: 08cv2061 |

## NOTICE OF MOTION

TO:   David J. Fish                             Richard J. Nogal
      The Fish Law Firm, P.C.                   Goldstine Skrodzki Russian
      1770 N. Park St.                          Nemec and Hoff, Ltd.
      Suite #200                                835 McClintock Dr.
      Naperville, IL  60563                     Burr Ridge, IL  60527

PLEASE TAKE NOTICE that on the 21st day of August, 2008, we will appear before the Honorable Judge Leinenweber at 9:30 A.M. in Room 1941 of the Dirksen Federal Courthouse Building, 219 South Dearborn, Chicago, Illinois, and shall then and there move the Court: **Thomas Nelson, Inc.'s Motion for Protective Order**. A copy of said Motion is attached hereto and served herewith upon you.

By: /s/*Bryan E. Curry*
    Bryan E. Curry

Bryan E. Curry (ARDC #6255803)
**BULLARO & CARTON, P.C.**
Attorney for Defendant
200 North LaSalle Street
Suite #2500
Chicago, Illinois 60601
(312) 831-1000
(312) 831-0647 [fax]
bcurry@bullarocarton.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused the **NOTICE OF MOTION** be filed with the Clerk of Court for the United States District Court for the Northern District of Illinois via the CM/ECF electronic filing system, and the undersigned further certifies that the same was served electronically upon Richard J. Nogal (rnogal@gsmh.com), and David Fish dfish@fishlawfirm.com, Plaintiff's Lead Counsel/Counsel to be Noticed, in accordance with Rule 5 of the Federal Rules of Civil Procedure.


         /s/ Bryan E. Curry
         Bryan E. Curry


John J. Bullaro, Jr., Esq.
Bryan E. Curry, Esq.
**BULLARO & CARTON, P.C.**
200 N. LaSalle Street
Suite 2500
Chicago, Illinois  60601
Phone:  (312) 831-1000
Fax:  (312) 831-0647
jbullaro@bullarocarton.com
bcurry@bullarocarton.com