IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HOLLIE SCHULTZ, both individually and derivatively on behalf of BABY GIZMO COMPANY, | ) ) ) ) | |
| -vs- | ) ) | NO.    08 CV 2061 Honorable Harry D Leinenweber |
| HEATHER MACLEAN and THOMAS NELSON, INC., | ) ) ) | Magistrate Judge Cox |
| Defendants. | ) | |

## MOTION FOR LEAVE TO FILE APPEARANCE

Defendant, HEATHER MACLEAN, by her attorneys, in support of said Motion states

that the undersigned counsel was just recently retained by Defendant to represent her in this

matter.

WHEREFORE, Defendant respectfully requests that this Honorable Court enter an Order

granting them leave to file their Appearance on behalf of the Defendant.

HEATHER MACLEAN

By:   s/Janice L. Morrison_____
One of her Attorneys

Vincent L. DiTommaso
Peter S. Lubin
Janice L. Morrison
Attorneys for Defendant Maclean
DiTOMMASO ♦ LUBIN, P.C.
17W 220 22nd Street -  Suite 200
Oakbrook Terrace, Illinois 60181
(630) 333-0000