IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HOLLIE SCHULTZ, both individually and derivatively on behalf of BABY GIZMO COMPANY, | ) ) ) ) | |
| -vs- | ) ) | NO.    08 CV 2061<br>Honorable Harry D Leinenweber |
| HEATHER MACLEAN and THOMAS NELSON, INC., | ) ) ) | Magistrate Judge Cox |
| Defendants. | ) ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, August 21, 2008, at 9:30 A.M., we shall

appear before the Honorable Harry D. Leinenweber, United States District Court, Room 1941,

219 South Dearborn Street, Chicago, IL, 60604, and then and there present Defendant, Healther

Maclean's *Motion for Leave to File Appearance.*

HEATHER MACLEAN

By:   s/Janice L. Morrison_____
        One of her Attorneys

Vincent L. DiTommaso
Peter S. Lubin
Janice L. Morrison
Attorneys for Defendant Maclean
DiTOMMASO ♦ LUBIN, P.C.
17W 220 22nd Street -  Suite 200
Oakbrook Terrace, Illinois 60181
(630) 333-0000

## CERTIFICATE OF SERVICE

I, Janice L. Morrison, the undersigned attorney, hereby certify that on the 15th day of August, 2008, I served a copy of the attached Motion for Leave to File Appearance, via ECF, on all counsel of record.

s/Janice L. Morrison_____