## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                    Case Number: 08 CV 2061

HOLLIE SCHULTZ, both individually and derivatively on behalf of BABY GIZMO COMPANY -vs- HEATHER MACLEAN and THOMAS NELSON, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HEATHER MACLEAN

| | |
|---|---|
| **NAME** (Type or print) <br> Janice L. Morrison | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Janice L. Morrison | |
| **FIRM** <br> DiTommaso-Lubin, P.C. | |
| **STREET ADDRESS** <br> 17 W 220 22nd Street - Suite 200 | |
| **CITY/STATE/ZIP** <br> Oakbrook Terrace, Illinois 60181 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6291830 | **TELEPHONE NUMBER** <br> (630) 333-0000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |