# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2061 | **DATE** | 8/21/2008 |
| **CASE TITLE** | Hollie Schultze vs. Heather MaClean and Thomas Nelson, Inc. | | |

**DOCKET ENTRY TEXT**

Richard J. Nogal, Sara L. Spitler and Goldsteine, Skrodzki, Russian, Nemee and Off, Ltd. Motion to Withdraw instanter as counsel for defendant Heather MaClean is granted. Vincent L. Daytimes, Peter S. Lublin and Janice L. Morrison of Daytimes & Lublin, P.C. Motion for leave to appear on behalf of defendant Heather MaClean is granted. Thomas Nelson's Motion for Protective Order is continued to 9/30/2008 at 9;00 a.m. Defendant's Motion to Dismiss is continued to 9/30/2008 at 9:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|